IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| The People of the United States<br><br>v.<br>Luz Maria Berrios-Berrios;<br>Juan Segarra Palmer<br><br><br>Defendants | Criminal No. H-85-50 T.E.C |

## MOTION TO THE COURT REQUESTING ORDER

To the Honorable Court:

Come now Luz Maria Berrios-Berrios and Juan Segarra Palmer as petitioners represented by undersigned counsel and respectfully state and pray as follows:

1. In 1987 defendants Luz Maria Berrios-Berrios and Juan Enrique Segarra Palmer posted with this court a bond guaranteed by certain properties in the Commonwealth of Puerto Rico. They complied with the terms of the bond placed, having Luz Maria Berrios served her sentence back in 1992, and Juan E. Segarra Palmer served his sentence in 2004.

2. The defendants and petitioners today request that this court order the Puerto Rico Register of Properties to

1

release the liens placed by this court on the properties listed and described below in Spanish and English.

    a. Plot # 3736 – *Finca # 3736*, registered in page *29-registrada en el folio 29*, volume 50 of the Naranjito registry- *tomo 50 del registro de Naranjito.*

      i. *Rustica: Predio de terreno radicado en el Barrio cedro Arriba entre las carreteras Estatales #803 y #152 del termino municipal de Naranjito, identificado como solar #5 del Bloque "A" del plano de inscripción con una superficial de 905.37 metros cuadrados, equivalentes a veintitrés mil treinta y cinco cien milésimas de cuerda, equivalentes a 9 áreas y 5.37 centiáreas, equivalentes a 9,745.28 pies cuadrados, y en lindes por el NORTE, en 24.06 metros, con la carretera #803; por el SUR, en 25 metros, con el solar #4 de esta misma lotificación rural; por el ESTE, en 39.23 metros, con la calle "A" de esta misma lotificación rural; por el OESTE. En 31.52 metros, con el remanente de la parcela "C" propiedad del señor Miguel Ángel*

2

*Rodríguez Rivera y del señor Milton R Martínez."*

ii. - Rustic: Plot of land located in Cedro Arriba Ward between State Roads #803 and #152 within the boundaries of the municipality of Naranjito, identified as Block "A" in the registry drawing with a surface of 905.37 square meters, equivalent to 23,035 hundred thousandths of a "cuerda" [land measurement roughly equivalent to an acre], equivalent to 9 areas and 5.37 hundredths of an area, equivalent to 9,745.28 square feet, and bounded on the NORTH, on 24.06 meters, by Road #803; on the SOUTH, on 25 meters, by lot #4 of this same rural lot division; on the EAST, on 39.23 meters, by "A" Street of this same rural lot division; on the WEST, ON 31.52 meters with the remnant of parcel "C", property of Mr. Miguel Ángel Rodríguez Rivera and Mr. Milton R Martínez."

1. The lien placed on this property is for 40,000.00 dollars to guarantee the appearance of Juan Segarra Palmer.

3

b. Plot #7786- *Finca #7786*, registered in page 294- *registrada en el folio 294*, volumen 108 of the Naranjito registry- *tomo 108 del registro de Naranjito.*

    i. *Rustica: Predio de tereno radicado en el Barrio cedro Arriba de Naranjito, compuesto de dos cuerdas con ocho mil seiscientos doce con diez milesimas de otra (2.812) cds equivalentes a 11,245.7084 Metros cuadrados, y en lindes: por el Norte, Con francisco Javier Berrios; por el Sur, con la parcela #6 de uso publico; por el Este, con la parcela 1-B, y por el Oeste, con el camino municipal. Contiene casa de vivienda."*

    ii. - Rustic: Plot of land located in Cedro Arriba Ward in Naranjito, consisting of two "cuerdas" and eight thousand six hundred twelve ten thousands of another (2.812) cds. equivalent to 11,245.7084 square meters, bounded on the North, by Francisco Javier Berrios; on the South, by public use parcel #6; on the East, by parcel 1-B, and on the

West, by the municipal road. It contains a
housing unit.

1. The lien placed on this property is for
   10,000.00 dollars to guarantee the
   appearance of Luz Maria Berrios-
   Berrios.

c. Plot #7789- *Finca #7789*, registered in page 05-
   *registrada en el folio 05*, volume 109 of the
   Naranjito registry- *tomo 109 del registro de
   Naranjito*.

   i. *Rustica: Predio de terreno radicado en el
      Barrio cedro Arriba de Naranjito, compuesto
      de cinco cuerdas con cuatro mil seiscientos
      noventiseis diez milesimas de otra (5.496)
      cds equivalentes a 21,497.7428 Metros
      Cuadrados, y en lindes: por el Norte, Con la
      parcela #6 de uso Publico; por el Sur, con
      la parcela #4 a segregarse; por el Este, con
      la sucesión de Isabel Rodríguez, y por el
      Oeste, con la parcela #2 a adjudicarse.*

   ii. - Rustic: Plot of land located in Cedro
       Arriba Ward in Naranjito, consisting of five
       "cuerdas" and four thousand ninety six ten
       thousands of another (5.496) cds. equivalent

to 21,497.7428 square meters, bounded by: on the North, by public use parcel #6; on the South, by parcel #4 to be segregated; on the East , by the estate of Isablel Rodríguez, and on the West, by parcel #2 which is to be adjudicated.

 1. The lien placed on this property is for 27,900.00 dollars to guarantee the appearance of Juan Segarra Palmer.

3. In addition in 2002, John A. Danaher III, United States attorney for the District of Connecticut requested the discharge of the lien on said properties as a result of the petitioners, Juan Segarra Palmer and Luz Maria Berrios-Berrios having satisfied their indebtedness.

<u>Prayer</u>

**Therefore**, the petitioners pray that this Court order the release of the properties from the garnishments placed upon them ordering the Property Public Registries in Puerto Rico to release the same.

Respectfully submitted in San Juan, P.R this 3rd day of July 2008.

S/ Ramón E. Segarra Berrios
RAMON ENRIQUE SEGARRA BERRIOS
Puerto Rico USDC Bar NO  225012
PO Box 9023853
San Juan, Puerto Rico
Telephone 787-724-7341
Fax 787-725-4100
segarra@microjuris.com

Luz M Berrios Berrios

683 S Quaker La
West Hartford, CT 06110

860-523-9721

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD

# C E R T I F I C A C I O N

relativa a la finca número __3736__

inscrita al folio__29__ del tomo__50__

de__Naranjito__

Expedida en__24__de__Julio__de__2001__

a instancia de__Sra. Diana Berríos Berríos__



*ESTADO LIBRE ASOCIADO DE PUERTO RICO*
*DEPARTAMENTO DE JUSTICIA*
*Registro de la Propiedad*
*Sección Barranquitas*

Fecha: _18 de julio/01_

Lcdo: _Jaime A. Miranda Colón_
*Registrador de la Propiedad*
*Sección de Barranquitas*

*Estimado Señor Registrador:*

Por la presente solicito certificación registral de la finca # _3736_ inscrita al folio _34_ del tomo _50_ de _Naranjito_, en cuanto a los siguientes extremos:

_✓_ A) *Descripción de la propiedad, titular, cargas y gravámenes.*

_____ B) *Certificación en Fotocopia ( Descripción, titular, cargas y gravámenes)*

_____ C) *Certificación literal de todas las inscripciones (sin incluir libros auxiliares)*

_____ D) *Certificación literal de las siguientes inscripciones o folios: _____, _____, __*

_____ E) *Fotocopia simple*

_____ F) *Segregaciones practicadas para ARPE*

_____ G) *Certificación Actualizada*

_____ H) *Certificación NEGATIVA( Acompañar anejo de descripción y titulares)*

_____ I) *NOTA AL PIE.  En relación a la Esc. # _____ otorgada el _____ ante el notario_____ que fue inscrita en virtud de otra copia al folio _____ del tomo ___ de _____, Finca_____, Inscripción_____*

_____ J) *Hipotecas de Bienes Muebles:  Asiento _____ Libro _____*

_____ K) *Contratos Agrícolas:      Asiento _____ Libro _____*

_____ L) *En relación a la escritura # _____ otorgada el _____ ante el notario_____ , Presentada al Asiento _____ del Diario _____*

_____ M) *OTROS ( Especifique)*

*Adjunto Comprobante (s) por la cantidad de $ _6.00_     # _0019 60A21D50C_*

Cordialmente,

Nombre _Diana Berríos Berríos_

Dirección: _HC-71 Box 4000_

_Naranjito, P.R 00719_

_787-869-9025 - Tel_

Teléfono: _787-869-9025_

NOTA: *FAVOR DE ACOMPAÑAR SOBRE CON DOS (2) SELLOS DE CORREO*

*Estado Libre Asociado de Puerto Rico*
### Departamento de Justicia
*Registro de la Propiedad*
### Sección de Barranquitas

LCDO. JAIME A. MIRANDA COLON, REGISTRADOR DE LA PROPIEDAD SECCION DE

BARRANQUITAS Y SU DEMARCACION HIPOTECARIA.------------------------------------

-------------------------------------CERTIFICO----------------------------------------------

Que de conformidad con la solicitud que se acompaña, he examinado los libros de este Registro a

mi cargo, y de ellos, RESULTA:------------------------------------------------------------------------

PRIMERO: Que la finca #3736 en su inscripción primera al folio 29 del tomo 50 de Naranjito, se

describe como sigue:------------------------------------------------------------------------------------

"Rústica:  Predio de terreno radicado en el Barrio Cedro Arriba entre las carreteras

estatales #803 y 152 del término municipal de Naranjito, identificado como el solar

5 del bloque A del plano de inscripción, con una cabida superficial de

**NOVECIENTOS CINCO METROS CUADRADOS CON TREINTA Y SIETE**

**CENTIMETROS DE OTRO, equivalentes a CERO PUNTO VEINTITRES**

**MIL TREINTA Y CINCO CIEN MILESIMAS DE CUERDA, equivalentes a**

**9 áreas y5.37 centiáreas, equivalentes a 9,745.28 pies cuadrados,** y en lindes:  por

el Norte, en 24.06 metros, con la carretera estatal #803; por el Sur, en 25.00 metros,

con el solar #4 de esta misma lotificación rural; por el Este, en 39.23 metros, con la

Calle "A" de esta misma lotificación rural; por el Oeste, en 31.52 metros, con el área

remanente de la parcela "C", propiedad del señor Miguel Angel Rodríguez Rivera y

del señor Milton R. Martínez."------------------------------------------------------------

----en la inscripción 4ta., se expresa que enclava una casa dedicada a vivienda de una

sola planta y diseñada para una sola familia, construida de cemento.---------------------

SEGUNDO: Que dicha finca consta inscrita a favor de  **DIANA BERRIOS BERRIOS, soltera** ,

por compra que hiciera a los esposos Oscar Charriez Lozada y Elba Berrios Morales, por el precio

de $38,000.00; según consta de la Escritura #65, otorgada en San Juan, el día 25 de mayo de 1978,

ante el notario José M. Cabrera Deetjen, que motivó en parte la inscripcion sexta, al folio 33 vuelto

del tomo 50 de Naranjito.-----------------------

TERCERO: Que dicha finca se halla AFECTA

1. Hipoteca a favor de **La Junta de retiro para Maestros de P.R.**, ó a su orden, por la suma de **$28,800.00**, con intereses al 8 ½% annual y con vencimiento el primero de junio del 2008. Se tasa en la cantidad que resulte adeudarse conforme a sentencia firme; según la escritura #66, otorgada en San Juan, el día 25 de mayo de 1978, ante el notario José M. cabrera Deetjen, que motivó la inscripción sexta, al folio 33 vuelto del tomo 50 de Naranjito.---------

2. Hipoteca a favor de **United Ststes of América**, ó a su orden, por la suma de **$40,000.00** no devenga intereses y con vencimiento a la presentación. Se tasa en $66,700.00; según la escritura #12, otorgada en Naranjito, el 20 de Diciembre de 1986, ante el notario José Antonio Dávila Borrero, que motivó la inscripción 7ma., al folio 34 del tomo 50 de Naranjito.--------

3. Hipoteca a favor de **Estados Unidos de América**, ó a su orden, por la suma de **$40,000.00**, sin intereses y con vencimiento a la presentación; para garantizar la comparecencia de Juan Segarra Palmer en el Caso Criminal #H-85-50-T.E.C.. Se tasa en $66,700.00; según la escritura #7, otorgada en Naranjito, el 26 de febrero de 1988, ante el notario José Antonio Dávila Borrero, que motivó la inscripción 8va., última, al folio 34 vuelto del tomo 50 de Naranjito.--------------------------------------------

CUARTO: Que examinamos los libros de embargos a favor del Estado Libre Asociado de Puerto Rico, gravámenes federales a favor de Estados Unidos de América, y Sentencias, de los mismos no aparece asiento alguno practicado relacionado con la finca objeto de certificación.-----------------

-----Que no existe presentado pendiente de despacho documento alguno que tenga relación con dicha finca.--------------------------------------------------------------

**Y PARA QUE ASI CONSTE**, de conformidad con lo solicitado por la Sra. Diana Berríos Berríos, expido la presente que sello y firmo en Barranquitas, Puerto Rico, a los **24 días del mes de julio de 2001**.-------------------------------

Dros. $6.00 - Comprobante #0019-60A2D50C



REGISTRADOR



Luz Berrios
C/o Luriza Glynn
683 Quaker Ln S
West Hartford, CT 06110

RECEIVED

02 JUL 31  AM 8: 36

U.S. ATTORNEY OFFICE
NEW HAVEN, CONNECTICUT

July 11, 2002

John A. Danaher III
US Attorney
PO Box 1824
New Haven, CT 06508

To Whom It May Concern:

My name is Luz Berrios.  I was one of the defendants in the West Fargo robbery case of 1985.  I'm actually residing in Puerto Rico, and my daughter Luriza Glynn, who may act as a reference, is residing in West Hartford, Connecticut.

In 1986 friends and family of mine posted their properties to guarantee my bail and then in 1988 the same properties were posted for my husband's, Juan E. Segarra Palmer, bail also.  I served my five years sentence already and my husband is still serving his sentence in Florida; which means that those properties have served their purpose to the US Court already.

In this instance, I'm acting on behalf of my family, who need to release their properties from their commitment to the US Courts.

I'm enclosing copies of the land documents and the legal forms of release of deed to be signed.

I will greatly appreciate your help, providing us with the necessary documentation, or signatures needed to fulfill the release of this obligation.

For any further information you may need, please contact my daughter in West Hartford (860-523-9721) or call me, personally, at 787-869-0181.

Sincerely,

Luz M. Berrios

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE JUSTICIA**
**REGISTRO DE LA PROPIEDAD**

# CERTIFICACION

relativa a la finca número _7789_

inscrita al folio _05_ del tomo _109_

de _NARANJITO_

Expedida en _24_ de _Julio_ de _2001_

a instancia de _Sra. Luz M. Berríos_



ORDEN : *112*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE JUSTICIA**
*Registro de la Propiedad*
*Sección Barranquitas*

Fecha: *18 - julio - 2001*

Ledo: *Julius A. Miranda Colón*
Registrador de la Propiedad
Sección de Barranquitas

Estimado Señor Registrador:

Por la presente solicito certificación registral de la finca # *7789*    inscrita al folio  *05*   del

tomo *109*  de *Naranjito*   , en cuanto a los siguientes extremos:

✓  A)  *Descripción de la propiedad, titular, cargas y gravámenes.*

_____B)  *Certificación en Fotocopia ( Descripción, titular, cargas y gravámenes)*

_____C)  *Certificación  literal de todas las inscripciones (sin incluir libros auxiliares)*

_____D)  *Certificación literal de las siguientes inscripciones o folios: _____, _____, __*

_____E)  *Fotocopia simple*

_____F)  *Segregaciones practicadas para ARPE*

_____G)  *Certificación Actualizada*

_____H)  *Certificación NEGATIVA( Acompañar anejo de descripción y titulares)*

_____I)  *NOTA AL PIE.  En relación a la Esc. #_____ otorgada el _____ ante*

el notario_____ que fue inscrita en virtud de otra copia al folio _____ del tomo

_____ de _____, Finca_____, inscripción_____

_____J)  *Hipotecas de Bienes Muebles:  Asiento_____ Libro _____*

_____K)  *Contratos Agrícolas:        Asiento_____ Libro _____*

_____L)  *En relación a la escritura #_____ otorgada el _____ ante el*

notario_____, *Presentada al Asiento _____ del Diario* _____

_____M)  *OTROS ( Especifique)*

Adjunto Comprobante (s) por la cantidad de $ *6.00*     # *0019160 A 2DX/EE*

Cordialmente,

Nombre *Luz M Berrios*

Dirección *HC71 Box 2200*
*Naranjito PR 00719*

_____

_____

Teléfono: *787-869-0181*

**NOTA: *FAVOR DE ACOMPAÑAR SOBRE CON***
 ***DOS (2) SELLOS DE CORREO***

Estado Libre Asociado de Puerto Rico
**Departamento de Justicia**
Registro de la Propiedad
Sección de Barranquitas

LCDO. JAIME A. MIRANDA COLON, REGISTRADOR DE LA PROPIEDAD SECCION DE

BARRANQUITAS Y SU DEMARCACION HIPOTECARIA.------------------------------------------

------------------------------CERTIFICO------------------------------

Que de conformidad con la solicitud que se acompaña, he examinado los libros de este Registro a

mi cargo, y de ellos, RESULTA:------------------------------------------

PRIMERO: Que la finca #7789 en su inscripción primera al folio 05 del tomo 109 de Naranjito, se

describe como sigue:------------------------------------------

> "Rústica: Predio de terreno radicado en el Barrio Cedro Arriba de Naranjito,
>
> compuesto de CINCO CUERDAS CON CUATRO MIL SEISCIENTOS
>
> NOVENTISEIS DIEZ MILESIMAS DE OTRA (5.4696) cds equivalentes a
>
> 21,497.7428 Metros Cuadrados, y en lindes: por el Norte, con la parcela #6 de uso
>
> público; por el Sur, con la parcela #4 a segregarse; por el Este, con la sucesión de
>
> Isabel Rodríguez, y por el Oeste, con la parcela #2 a adjudicarse."------------------

SEGUNDO: Que dicha finca consta inscrita a favor de **Los esposos JOSE LUIS ROSADO**

**FERRER y BEATRIZ BERRIOS BERRIOS**, por adjudicación ; según consta de la Escritura

#12, otorgada en Guaynabo, el día 21 de Diciembre de 1979, ante el notario Pedro N. Ortiz, que

motivó la inscripcion primera, al folio 05 del tomo 109 de Naranjito.------------------

TERCERO: Que dicha finca se halla AFECTA A:------------------

1. Hipoteca a favor de **United States of América, ó a su orden**, por la suma de **$27,900.00**
   no devenga intereses y con vencimiento a la presentación. Se tasa en $27,900.00; según la
   escritura #13, otorgada en Naranjito, el 20 de Diciembre de 1986, ante el notario José Antonio
   Dávila Borrero, que motivó la inscripción 2da., al folio 05 vuelto del tomo 109 de Naranjito.

2. Hipoteca a favor de **Estados Unidos de América, ó a su orden**, por la suma de **$27,900.00**
   sin intereses y con vencimiento a la presentación; para garantizar la comparecencia de Juan
   Segarra Palmer en el Caso Criminal #H-85-50-T.E.C. Se tasa en $27,900.00; según la
   escritura #8, otorgada en Naranjito, el 26 de febrero de 1988, ante el notario José Antonio
   Dávila Borrero, que motivó la inscripción 3ra. última, al folio del tomo 109 de

Naranjito.------------------------------------------------------

CUARTO: Que examinamos los libros de embargos a favor del Estado Libre Asociado de Puerto

Rico, gravámenes federales a favor de Estados Unidos de América, y Sentencias, de los mismos no

aparece asiento alguno practicado relacionado con la finca objeto de certificación.------------------

------Que no existe presentado pendiente de despacho documento alguno que tenga relación con dicha

finca.------------------------------------------------------

    **Y PARA QUE ASI CONSTE,** de conformidad con lo solicitado por la Sra. Luz M Berríos

Berríos, expido la presente que sello y firmo en Barranquitas, Puerto Rico, a los **24 días del mes**

**de julio de 2001.**------------------------------

Dros. $6.00 - Comprobante #0019-60A2D4EE

REGISTRADOR



NELIDA SANTIAGO COLON
**INVESTIGADORA DE TITULOS**
**HC-71 Box 1340**
**NARANJITO, PUERTO RICO 00719**
**TELEFONO: 869-4621**

## ESTUDIO DE TITULO

FINCA: #3736

FOLIO: __29__

TOMO: 50 de Naranjito

SOLICITA: Diana Berrios Berrios

**DESCRIPCION:**

"RUSTICA: Predio de terreno radicado en el Barrio
Cedro Arriba entre las carreteras Estatales #803 y
152 del término municipal de Naranjito, identificado
como el solar #5 del Bloque "A" del plano de inscripción,
con una cabida superficial de 905.37 metros cuadrados,
equivalentes a veintitres mil treinta y cinco cien
milésimas de cuerdas, equivalentes a 9 áreas y 5.37
centiáreas, equivalentes a 9,745.28 pies cuadrados,
y en lindes por el NORTE, en 24.06 metros, con la
carretera estatal #803; por el SUR, en 25.00 metros,
con el solar #4 de esta misma lotificación rural;
por el ESTE, en 39.23 metros, con la calle "A" de
esta misma lotificación rural; por el OESTE, en 31.52
metros, con el area remanente de la parcela "C propiedad
del señor Miguel Angel Rodriguez Rivera y del señor Milton
R. Martínez." --------------------------------------------------

----- En la inscripción cuarta se expresa que enclava una
casa dedicada a vivienda de una sola planta y diseñada para
una sola familia, construida de cemento. ----------------------

**TRACTO REGISTRAL:**

La descrita finca consta inscrita a favor de **DIANA BERRIOS BERRIOS**,
soltera, por compra que hiciera a los esposos Oscar Charriez Lozada
y Elba Berrios Morales, por el precio de $38,000.00; según consta
de la escritura #65, otorgada en San Juan, el 25 de mayo de 1978,
ante el notario José M. Cabrera Deetjen, inscrita al folio 33
vuelto del tomo 50 de Naranjito, finca #3736, inscripción sexta. ---

**CARGAS Y GRAVAMENES:**

Afecta por sí a:

1. Hipoteca constituida por Diana Berrios Berrios, soltera,
en garantía de pagaré a favor de la Junta de Retiro para Maestros
de Puerto Rico, ó a su orden, por la suma de **$28,800.00** de principal,
con intereses al 8 1/2% anual, vencedero el 1ro. de junio del 2008;
según escritura #66, otorgada en San Juan, el 25 de mayo de 1978,
ante el notario José M. Cabrera Deetjen, inscrita al folio 33 vuelto
del tomo 50 de Naranjito, finca #3736, inscripción sexta. ------------

--------------------------------------------------------------------

--------------------------------------------------------------------

Finca #3736 de Naranjito
DIANA BERRIOS BERRIOS

- 2 -

2. Hipoteca en garantía de pagaré a favor de United States of América, ó a su orden, por la suma de **$40,000.00** de principal, sin intereses, vencedero a la presentación, según consta de la escritura #12, otorgada en Naranjito, el 20 de diciembre de 1986, ante el notario José Antonio Dávila Borrero, inscrita al folio 34 del tomo 50 de - Naranjito, finca #3736, inscripción séptima. --------------------------

3. Hipoteca en garantía de pagaré a favor de Estados Unidos de América, ó a su orden, por la suma de **$40,000.00** de principal, sin intereses, vencedero a la presentación; la cual se constituye para garantizar la comparecencia del señor Juan Segarra Palmer, en el caso criminal #H-85-50-T.E.C., y la misma será inmediatamente exigible y se declarará vencida ni no comparece; todo según consta de la escritura #7, otorgada en Naranjito, el 26 de febrero de 1988, ante el notario José Antonio Dávila Borrero, inscrita al folio 34 vuelto del tomo 50 de Naranjito, finca #3736, inscripción octava y última; registrada con fecha 29 de febrero de 1988. -------------------------------------------

REVISADOS: Registros de embargos estatales, federales y sentencias, sin que conste nada anotado con relación a la descrita finca. -----------------

El tarjetero de Bitácora fue revisado por empleado del Registro quien informa que no existe presentado pendiente de despacho documento alguno que tenga relación con dicha finca #3736. -------------------------------

En Naranjito, Puerto Rico, a los 10 días del mes de febrero del 2000.

NELIDA SANTIAGO COLON
TEL. Y FAX 869-4621

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE JUSTICIA**
**REGISTRO DE LA PROPIEDAD**

# C E R T I F I C A C I O N

**relativa a la finca número  7786**

**inscrita al folio  294  del tomo  108**

**de  NARANJITO**

**Expedida en  24 de  Julio  de 2001**

**a instancia de  Sra. Luz M. Berríos**



ORDEN : 113

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE JUSTICIA**
*Registro de la Propiedad*
*Sección Barranquitas*

Fecha: 18 - julio - 2001

Ledo: *Jaime A. Miranda Colón*
*Registrador de la Propiedad*
*Sección de Barranquitas*

*Estimado Señor Registrador:*

Por la presente solicito certificación registral de la finca # 7786 inscrita al folio 294 del tomo 108 de Naranjito, en cuanto a los siguientes extremos:

✓ A) *Descripción de la propiedad, titular, cargas y gravámenes.*

_____ B) *Certificación en Fotocopia ( Descripción, titular, cargas y gravámenes)*

_____ C) *Certificación literal de todas las inscripciones (sin incluir libros auxiliares)*

_____ D) *Certificación literal de las siguientes inscripciones o folios:* _____, _____,

_____ E) *Fotocopia simple*

_____ F) *Segregaciones practicadas para ARPE*

_____ G) *Certificación Actualizada*

_____ H) *Certificación NEGATIVA( Acompañar anejo de descripción y titulares)*

_____ I) *NOTA AL PIE. En relación a la Esc. #* _____ *otorgada el* _____ ante

el notario _____ que fue inscrita en virtud de otra copia al folio _____ del tomo

_____ de _____, Finca _____, Inscripción _____

_____ J) *Hipotecas de Bienes Muebles: Asiento* _____ *Libro* _____

_____ K) *Contratos Agrícolas:        Asiento* _____ *Libro* _____

_____ L) *En relación a la escritura #* _____ *otorgada el* _____ ante el

notario _____, *Presentada al Asiento* _____ *del Diario* _____

_____ M) *OTROS ( Especifique)*

*Adjunto Comprobante (s) por la cantidad de $* 6.00 # 0019 60 A 2D4 EA

Cordialmente,

Nombre Luz M Berrios
Dirección: HC 71 Box 2200
Naranjito, PR 00719
_____
_____

Teléfono: 787-869-0181

NOTA: **FAVOR DE ACOMPAÑAR SOBRE CON DOS (2) SELLOS DE CORREO**

Estado Libre Asociado de Puerto Rico

**Departamento de Justicia**

Registro de la Propiedad

*Sección de Barranquitas*

LCDO. JAIME A. MIRANDA COLON, REGISTRADOR DE LA PROPIEDAD SECCIÓN DE

BARRANQUITAS Y SU DEMARCACION HIPOTECARIA.-------------------------------------

-----------------------------------------CERTIFICO-----------------------------------------

Que de conformidad con la solicitud que se acompaña, he examinado los libros de este Registro a

mi cargo, y de ellos, RESULTA:-------------------------------------------------------------------

PRIMERO: Que la finca #7786 en su inscripción primera al folio 294 del tomo 108 de Naranjito,

se describe como sigue:-------------------------------------------------------------------------

"Rústica: Predio de terreno radicado en el Barrio Cedro Arriba de Naranjito,

compuesto de **DOS CUERDAS CON OCHO MIL SEISCIENTOS DOCE DIEZ**

**MILÉSIMAS DE OTRA (2.8612) cds equivalentes a 11,245.7084 Metros**

**Cuadrados,** y en lindes: por el Norte, con Francisco Javier Berríos; por el Sur, con

la parcela #6 de uso público; por el Este, con la parcela 1-B, y por el Oeste, con el

camino municipal. Contiene casa de vivienda."-------------------------------------

SEGUNDO: Que dicha finca consta inscrita a favor de   **FRANCISCO JAVIER BERRIOS**

**HERNANDEZ casado con Ana M. Berríos ,** por adjudicación ; según consta de la Escritura #12,

otorgada en Guaynabo, el día 21 de Diciembre de 1979, ante el notario Pedro N. Ortiz, que motivó

la inscripcion primera, al folio 294 del tomo 108 de Naranjito.-------------------------------

TERCERO: Que dicha finca se halla **AFECTA A:**------------------------------------------------

1. Hipoteca a favor de **United States of América, ó a su orden, sobre esta finca y otra, para**

   **garantizar la comparecencia de la Sra. Luz María Berríos a juicio;** por la suma de

   **$20,000.00 respondiendo esta finca de $10,000.00** no devenga intereses y con vencimiento

   a la presentación; . Se tasa en $10,000.00; según la escritura #11, otorgada en Naranjito, el

   20 de Diciembre de 1986, ante el notario José Antonio Dávila Borrero, que motivó la

   inscripción 2da., al folio 295 del tomo 108 de Naranjito.------------------------------

2. Hipoteca a favor de **Estados Unidos de América, ó a su orden,** por la suma de **$20,000.00**

   **en unión a otra finca, respondiendo esta finca de $10,000.00,** sin intereses y con

   vencimiento a la presentación; para garantizar la comparecencia de Juan Segarra Palmer en

el Caso Criminal #H-85-50-T.E.C.. Se tasa en $20,000.00; según la escritura #6, otorgada en Naranjito, el 26 de febrero de 1988, ante el notario José Antonio Dávila Borrero, que motivó la inscripción 3ra, última, al folio 295 vuelto del tomo 108 de Naranjito.————

CUARTO: Que examinamos los libros de embargos a favor del Estado Libre Asociado de Puerto Rico, gravámenes federales a favor de Estados Unidos de América, y Sentencias, de los mismos no aparece asiento alguno practicado relacionado con la finca objeto de certificación.————

————Que no existe presentado pendiente de despacho documento alguno que tenga relación con dicha finca.————

**Y PARA QUE ASI CONSTE,** de conformidad con lo solicitado por la Sra. Luz M Berríos Berríos, expido la presente que sello y firmo en Barranquitas, Puerto Rico, a los  24 días del mes de julio de 2001.————

Dros. $6.00 - Comprobante #0019-60A2D4EA

REGISTRADOR



Release

**To all People to whom these Presents shall come, Greeting:**

KNOW YE, JOHN A. DANAHER III, UNITED STATES ATTORNEY, DISTRICT OF CONNECTICUT,

does hereby release and discharge a certain  deed from

_____ to Francisco Javier Berrios Hernandez dated December 20, 1986 and recorded in the Land Records of the town of Barranquitas in the Commonwealth of Puerto Rico in Page 294, Vol. 108, land #7786 of the town of Naranjito of the Commonwealth of Puerto Rico to which reference may be had:

the indebtedness of other obligation secured thereby having been satisfied.

IN WITNESS WHEREOF

Has  hereunto set  his  hand this      7th      day of  August, 2002

Signed and Delivered in the presence of: (type or print name below each signature)

.................................................          .................................................
Katherine Libby                                                Charlotte Esposito
..............................................          ..............................................

**STATE OF CONNECTICUT**
**COUNTY OF** NEW HAVEN              ss:  New Haven

Personally Appeared  John A. Danaher III, United States Attorney, Signer(s) of the foregoing instrument, and acknowledged the same to be free act and deed, before me.

_Claudette W. Newcomb_
Notary Public
My Commission Expires 4/30/04

**STATE OF CONNECTICUT,**
**COUNTY OF**

Personally Appeared
_____, as aforesaid,  Signer of the foregoing instrument, and acknowledged the same to be                    free act and deed as such
and the free act and deed of said corporation/partnership, before me.

.................................................
Notary Public

Release

## To all People to whom these Presents shall come, Greeting:

KNOW YE,   JOHN A. DANAHER III, UNITED STATES ATTORNEY, DISTRICT OF CONNECTICUT,

does hereby release and discharge a certain  deed from

_____ to Diana Berrios Berrios Dated December 20, 1986 and recorded in the Land Records of the town of Barranquitas in the Commonwealth of Puerto Rico in Page 29, Vol. 50, land #3736 of the town of Naranjito of the Commonwealth of Puerto Rico to which reference may be had:

the indebtedness of other obligation secured thereby having been satisfied.

IN WITNESS WHEREOF

Has  hereunto set  his   hand this   7th    day of  August, 2002

Signed and Delivered in the presence of: (type or print name below each signature)

..................................                ...................................
Katherine Libby                                    Charlotte Esposito

## STATE OF CONNECTICUT
## COUNTY OF  NEW HAVEN          ss:  New Haven

Personally Appeared John A. Danaher III, United States Attorney, Signer(s) of the foregoing instrument, and acknowledged the same to be free act and deed, before me.

_Claudette V. Newcomb_
Notary Public
My commission expires 4/30/04

## STATE OF CONNECTICUT,
## COUNTY OF

Personally Appeared
_____, as aforesaid,  Signer of the foregoing instrument, and acknowledged the same to be          free act and deed as such
and the free act and deed of said corporation/partnership, before me.

.........................................
Notary Public

Release

## To all People to whom these Presents shall come, Greeting:

KNOW YE, THAT JOHN A. DANAHER, UNITED STATES ATTORNEY, DISTRICT OF CONNECTICUT,

does hereby release and discharge a lean of deed from

to Jose Luis Rosado Ferrer and Beatriz Berrios Berrios

Dated December 20, 1986 and recorded in the Land Records of the town of Barranquitas in the Commonwealth of Puerto Rico in Page 05, Vol. 109, land number 7789, of the town of Naranjito of the Commonwealth of Puerto Rico to which reference may be had:

the indebtedness of other obligation secured thereby having been satisfied.

IN WITNESS WHEREOF,

Has hereunto set his hand this 7th day of August, 2002

Signed and Delivered in the presence of: (type or print name below each signature)

Katherine Libby                          Charlotte Esposito

## STATE OF CONNECTICUT
## COUNTY OF NEW HAVEN          ss: New Haven

Personally Appeared JOHN A. DANAHER III, UNITED STATES ATTORNEY, Signer(s) of the foregoing instrument, and acknowledged the same to be free act and deed, before me.

Notary Public
My commission expires 4/30/04

## STATE OF CONNECTICUT,
## COUNTY OF

Personally Appeared
, as aforesaid, Signer of the foregoing instrument, and acknowledged the same to be                 free act and deed as such
and the free act and deed of said corporation/partnership, before me.

Notary Public